The Honorable Ronald B. Leighton

08-CV-05699-ORD

FILED _____ LODGED
_____ RECEIVED
JUN 19 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C.S. and D.S., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF SOCIAL AND HEALTH SERVICES (DSHS), JOHN DOE SUPERVISOR, JOHN DOE DIRECTOR, AND SUNRISE COMMUNITY FACILITY, <br><br> Defendants. | No. CV-08-05699-RBL <br><br> **STIPULATION AND AGREED PROTECTION ORDER** |

## STIPULATION

IT IS HEREBY STIPULATED by the parties Plaintiffs C.S. and D.S., by and through their attorneys of record, Noah Davis and Erin Ramsey, and Defendants Department of Social and Health Services (DSHS), John Doe Supervisor, John Doe Director, and Sunrise Community Facility, by and through their attorney of record, John K. McIlhenny, that the following proposed form of the Agreed Protective Order shall be entered by the Court and that it shall apply to any and all documents and information produced or disclosed by plaintiff pursuant to discovery in the above-captioned matter:

Stipulation and Agreed Protective Order    Page 1 of 5

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

| | |
|---|---|
| DATED this 17th day of June, 2009. | DATED this 17th day of June, 2009. |
| /s/ Noah C. Davis<br>Noah C. Davis, WSBA #30939<br>Attorney for Plaintiffs | /s/ John K. McIlhenny<br>John K. McIlhenny, WSBA #32195<br>Attorney for Defendants |

/s/ Erin Ramsey
Erin Ramsey, WSBA #40487
Attorney for Plaintiffs

## ORDER

Pursuant to agreement by and among counsel for the parties that the terms and conditions of this Agreed Protective Order shall apply to any and all documents and information produced or disclosed pursuant to discovery in the above-captioned matter,

It is hereby ORDERED as follows:

## PROCEDURE AND DEFINITIONS

**1. Confidential Information**

A Party may, upon the exercise of its good faith, designate as confidential any document or testimony that contains <u>sensitive personal or financial information</u> ("Confidential Information"). A Party may so designate by stamping such document with the word "Confidential," or by attaching a cover sheet to consecutively numbered documents (e.g., Bates stamped) and designating which specifically numbered documents contain "Confidential Information," by noting in a written response (as for Interrogatories, Requests for Production or Requests for Admission) that the specific response is confidential, or by any other reasonable means.

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

## 2. Access to Confidential Information

The attorneys for the Parties will use Confidential Information solely for legitimate purposes related to the above-captioned matter. The attorneys for the Parties may disclose Confidential Information only to the following persons:

a. The attorneys of the Parties who have need for such information for purposes of this litigation;

b. Parties to this action may be shown copies of documents designated as confidential only after all account numbers have been redacted. All redactions pursuant to this provision are the responsibility of the party designating confidentiality;

c. Experts and consultants retained by any of the Parties who have need for such information to assist in this litigation;

d. Any deposition or trial witness;

e. The Court, jury, court personnel, court reporters and similar personnel; or

f. Any other person with the prior written consent of the designating Party.

## CONSENT TO BE BOUND

## 3. Notice of Order

Prior to receiving, being shown or using Confidential Information, persons falling into the categories listed above, other than in section 2(f), shall be shown a copy of this Stipulation and Protective Order, and shall agree in writing, or verbally on the record during deposition or trial, to be bound by its terms by executing the Acknowledgment in form and content attached hereto.

## 4. Use at Deposition

Any Party asserting during a deposition that information to be used in the deposition is Confidential Information shall seek on the record agreement of the deponent to comply with the

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

provisions of this Protective Order. If the deponent refuses to assent, disclosure of such information to the witness during the deposition shall not constitute a waiver of the confidentiality protections of this Protective Order.

## CHALLENGE TO DESIGNATIONS

### 5. Notification and Challenge

If any Party challenges the designation of any document or information as Confidential Information, that Party shall notify the other Parties to this litigation of the intent to challenge the confidentiality designation. Thereafter, all parties shall negotiate promptly in good faith to resolve any dispute by agreement in this regard without resort to the Court. In the event of failure to so agree, the challenging Party may apply to the Court by motion for appropriate relief for consideration within ten days of the filing of the motion; provided, however, that the protections under this Protective Order for Confidential Information shall continue to apply until such time as the Court has ruled to the contrary.

### 6. Return

At the conclusion of this litigation and within 30 days of entry of the dismissal, the Parties shall, upon request of the Producing Party, return all physical copies of all documents produced by the Parties to the producing Party. Electronic copies shall be either permanently deleted or maintained as confidential.

A Stipulated Protective Order regarding documents produced by the Defendants in this lawsuit was entered on February 23, 2009 (Dkt. 12). Entry of this order does not supercede or contravene the protections provided under that Protective Order.

///

///

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

The Court hereby ORDERS that the Parties abide by the Stipulation and Agreed Protective Order.

DATED this 19th day of June, 2009.

Honorable Ronald B. Leighton
U.S. District Court, Western District of Washington

Presented by:

/s/ Noah C. Davis
Noah C. Davis, WSBA #30939
Attorney for Plaintiffs

/s/ Erin Ramsey
Erin Ramsey, WSBA #40487
Attorney for Plaintiffs

Approved as to form and Notice of Presentation waived:

/s/ John K. McIlhenny
John K. McIlhenny, WSBA #32195
Attorney for Defendants

Stipulation and Agreed Protective Order    Page 5 of 5

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178