The Honorable Ronald B. Leighton

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| C.S. and D.S.,<br><br>                Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF SOCIAL AND HEALTH SERVICES (DSHS), JOHN DOE SUPERVISOR, JOHN DOE DIRECTOR, AND SUNRISE COMMUNITY FACILITY,<br><br>                Defendants. | **No. CV-08-05699-RBL**<br><br>**STIPULATION AND AGREED ORDER OF CONTINUANCE** |

## STIPULATION

IT IS HEREBY STIPULATED by the parties Plaintiffs C.S. and D.S., by and through their attorneys of record, Noah Davis and Erin Ramsey, and Defendants Department of Social and Health Services (DSHS), John Doe Supervisor, John Doe Director, and Sunrise Community Facility, by and through their attorney of record, John K. McIlhenny, that, with the permission and consent of the Court, that the trial date in the above entitled action be continued from February 8, 2010 to a date the last week in April 2010, or the first week of May (2010), and that the associated discovery and other deadlines be moved back in relation to the new trial date. The Parties Stipulation is based upon the request of Plaintiff's counsel and the facts set forth in the accompanying declaration.

Stipulation and Agreed Order Continuing Trial Date    Page 1 of 2

**IN PACTA PLLC**
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

The parties further request that the court issue a new case scheduling order consistent with the new trial date.

DATED this 16th day of August 2009.　　　　　DATED this 17th day of August 2009.

\_\_/s/ Noah C. Davis_____　　　　　　\_\_\_/s/John K. McIlhenny_____
Noah C. Davis, WSBA #30939　　　　　　　　John K. McIlhenny, WSBA #32195
Attorney for Plaintiffs　　　　　　　　　　　　Attorney for Defendants

\_\_/s/ Erin Ramsey_____
Erin Ramsey, WSBA #40487
Attorney for Plaintiffs

## ORDER

Pursuant to agreement by and among counsel for the Parties, and having considered the Declaration of Plaintiff's Counsel as to his unavailability, that it is hereby ORDERED as follows:

The 6-7 Day Jury Trial currently set for February 8, 2010 shall be reset to <u>May 10, 2010</u> and that a new Scheduling Order be issued to reflect to the new trial date and associated deadlines.

IT IS SO ORDERED this 25th day of August, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:　　　　　　　　　　　　　Joined by:

\_/s/ Noah C. Davis_____　　　　　\_/s/John K. McIlhenny_____
Noah C. Davis, WSBA #30939　　　　　　　John K. McIlhenny, WSBA #32195
Attorney for Plaintiffs　　　　　　　　　　　Attorney for Defendants

\_/s Erin Ramsey_____
Erin Ramsey, WSBA #40487
Attorney for Plaintiffs

**IN PACTA PLLC**
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178