| | |
|---|---|
| | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C.S. and D.S.,<br><br>          Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF SOCIAL AND HEALTH SERVICES (DSHS), JOHN DOE SUPERVISOR, JOHN DOE DIRECTOR, AND SUNRISE COMMUNITY FACILITY,<br><br>          Defendants. | Case No. C08-5699RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendants' Motion to Strike Their Motion for Partial Summary Judgment Dismissing Plaintiffs' 42 U.S.C. § 1983 Claims [Dkt. #57]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Defendants' Motion to Strike [Dkt. #57] is **GRANTED**. Defendants' Motion for Partial Summary Judgment [Dkt. #52] is hereby **STRICKEN** from the Court's motions docket.

**IT IS SO ORDERED.**

Dated this 19th day of November, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1